1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                AT SEATTLE

8  SEAN M. LANDRY,                        )
                                          )
9                        Petitioner,      )    Case No. C09-1350-RSM
                                          )
10         v.                             )    **ORDER DENYING PETITION**
                                          )    **FOR WRIT OF HABEAS**
11  SCOTT FRAKES,                         )    **CORPUS**
                                          )
12                       Respondent.      )
                                          )
13  _____)

14         The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and

15  Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the

16  remaining record, does hereby find and ORDER:

17         1.      The Court adopts the Report and Recommendation.

18         2.      Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED** and this

19                 action is **DISMISSED** with prejudice.

20         3.      In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the

21                 United States District Courts, a certificate of appealability is **DENIED** with respect

22                 to all five claims asserted by petitioner in his petition.

23  ///

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

4.      The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Tsuchida.

DATED this 13 day of July 2010.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2